

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date 1/2/13

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

LOS ANGELES SUPERIOR COURT
CIVIL FILING UNIT ROOM 102
111 NORTH HILL STREET
LOS ANGELES, CA  90012

Re:  Case Number:  2:12-cv-09884-SJO-Ex

Previously Superior Court Case No.  BC490377

Case Name:  Skechers USA Inc v. Hartford Insurance Company of the Midwest et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on  1/1/13  , the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office.  Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By:  L Chai
Deputy Clerk   213-894-5730

☒ Western   ☐ Eastern   ☐ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: _____

Date                                            Deputy Clerk

CV - 103 (09/08)            **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**